

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-268-CV

CHARLIE S. MARTINEZ, JR.                                     APPELLANTS
AND MAGDALENA S. MARTINEZ,
AS TRUSTEE OF THE CHARLIE S.
MARTINEZ, JR., TRUST

V.

CITY OF FORT WORTH,                                          APPELLEES
CITY OF NORTH RICHLAND HILLS,
BIRDVILLE INDEPENDENT SCHOOL DISTRICT,
COUNTY OF TARRANT, TARRANT COUNTY
HOSPITAL DISTRICT, TARRANT COUNTY
COLLEGE DISTRICT, TARRANT COUNTY
REGIONAL WATER DISTRICT, AND FORT
WORTH INDEPENDENT SCHOOL DISTRICT

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  February 5, 2009